USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 04/14/2021

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------------------------------X

CARLOS RAMIREZ ALVARADO,

                              Petitioner,

        -against-

THOMAS DECKER, et al.,

                              Respondents.

----------------------------------------------------------------X

**ORDER SCHEDULING ORAL ARGUMENT**

1:21-CV-393 (GHW) (KHP)

**KATHARINE H. PARKER, UNITED STATES MAGISTRATE JUDGE**

A telephonic Oral Argument in this matter is hereby scheduled for **Wednesday, May 12, 2021, at 4:00 p.m.**  Counsel for the parties are directed to call Judge Parker's AT&T conference line at the scheduled time.  **Please dial (866) 434-5269; access code 4858267.**

SO ORDERED.

Dated: April 14, 2021
       New York, New York

_____
KATHARINE H. PARKER
United States Magistrate Judge