USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 04/19/2021

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X

CARLOS RAMIREZ ALVARADO,

                Petitioner,

    -against-

THOMAS DECKER, et al.,

                Respondents.

------------------------------------------------------------------X

**ORDER ADJOURNING ORAL ARGUMENT**

1:21-CV-393 (GHW) (KHP)

**KATHARINE H. PARKER, UNITED STATES MAGISTRATE JUDGE**

    In light of the Stipulation of Dismissal filed on April 16, 2021 (doc. no 17) the Oral Argument currently scheduled for **May 12, 2021** is hereby adjourned *sine die*.

    SO ORDERED.

Dated: April 19, 2021
       New York, New York

_____
KATHARINE H. PARKER
United States Magistrate Judge